_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 5, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **RICKEY LAROY & ALICIA SIMMONS** | **CASE NO. 24-50572-KMS** |

<u>**ORDER RELEASING EARNINGS OF DEBTOR**</u>
**RICKEY LAROY SIMMONS (SSN # XXX-XX-0041)**

THE ORDER **(Dkt. 11)** heretofore entered in these proceedings by which the debtor's employer:

>Hartson-Kennedy, Inc
>522 W 22nd St
>Marion IN 46953-0000

was directed to pay Debtor's wages or a portion thereof to:

>WARREN A. CUNTZ, JR. TRUSTEE
>P.O. BOX 3749
>GULFPORT MS 39505-3749
>(228) 831-9531 / (228) 831-9902

<u>**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**</u>

##END OF ORDER##