_____



      SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 23, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**IN RE:**                                                                    **CHAPTER 13**
**RICKEY LAROY & ALICIA SIMMONS**                          **CASE NO. 24-50572-KMS**

### ORDER RELEASING EARNINGS OF DEBTOR
**RICKEY LAROY SIMMONS (SSN # XXX-XX-0041)**

      THE ORDER **(Dkt. 51)** heretofore entered in these proceedings by which the debtor's employer:

        **Premier Transportation**
        **323 Cash Memorial Blvd**
        **Forest Park, GA 30297**

was directed to pay Debtor's wages or a portion thereof to:

        **WARREN A. CUNTZ, JR. TRUSTEE**
        **P.O. BOX 3749**
        **GULFPORT MS 39505-3749**
        **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

                ##END OF ORDER##